# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIANNA MEDINA, <br> Plaintiff, <br> v. <br> SHREE SAI SIDDHI WYOMISSING, LLC, <br> Defendant. | CIVIL ACTION <br><br> NO. 18-0075 |

## ORDER

**AND NOW**, this 6th day of July, 2018, upon consideration of Defendant Shree Sai Siddhi Wyomissing, LLC's Motion to Dismiss Plaintiff's Claims for Punitive Damages (Docket No. 6), Plaintiff Medina's Opposition to Defendant's Motion to Dismiss (Docket No. 9), and Defendant's Reply Brief in Further Support of its Motion to Dismiss, Addressing Plaintiff's New Matter (Docket No. 10), and for the reasons in the foregoing Memorandum Opinion,

**IT IS ORDERED** that the motion to dismiss (Docket No. 6) is **DENIED**.

BY THE COURT:

_/s/ Henry S. Perkin_
HENRY S. PERKIN
United States Magistrate Judge